# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL MANOR HEALTHCARE, INC.<br>Defendants. | Case No.: 1:12-cv-1904 |

**DECLARATION OF LAUREN P. MCDERMOTT IN SUPPORT OF
<u>PLAINTIFFS' PETITION FOR ATTORNEYS' FEES AND COSTS</u>**

I, Lauren P. McDermott, declare the following in support of the Petition for Attorneys' Fees and Costs filed by Plaintiffs in the above referenced case:

1. I am an attorney and associate in the firm of Mooney, Green, Saindon, Murphy & Welch, P.C. ("Mooney Green").

2. I am the lead attorney for the Service Employee International Union National Industry Pension Fund's lawsuit against Defendant Bristol Manor Healthcare, Inc. ("Defendant" or "Bristol Manor").

3. I have reviewed the billing records generated in this case, and affirm that they are accurate in accordance with the billing methods used by Mooney Green.

4. From January 6, 2014 through February 18, 2016, the following attorneys billed the following number of hours in this case: Richard C. Welch a Partner with 15 plus years of experience, billed 3.9 hours; Mark J. Murphy a Partner with 15 plus years of experience, billed 0.5 hours; Lauren P. McDermott an associate with over four years of experience, billed 80.1

hours; Diana M. Bardes an associate with over four years of experience, billed 6.1 hours; Matthew D. Watts an associate with two years of experience, billed 6.94 hours; Andrew K. Lin an associate with eight years of experience, billed 0.3 hours; Jean-Marie Jones a paralegal, billed 0.2 hours; and law clerks billed 4.7 hours.

5. Services included researching corporate information, preparing and filing complaint and summons, preparing and filing the motion for default judgment, preparing the opposition to Defendant's motion to set aside the default, drafting and responding to written discovery, preparing the motion for summary judgment, engaging in settlement discussion with counsel for Defendant, and communicating with the Fund's office regarding the Defendant's delinquencies.

6. I am familiar with the billing rates that Mooney Green charged Plaintiffs for the legal services provided in this case. On and after January 6, 2014, in preparation of filing and filing the lawsuit, partners were billed at $220.00 per hour. Lead attorneys and associates were billed at $195.00 per hour. Paralegals were billed at $120.00 per hour and law clerks were billed at $75.00 per hour.

7. In addition to the attorneys' fees, Plaintiffs incurred filing fees of $350.00 and $55.15 in process server fees and other costs.

8. I have reviewed Mooney Green's records, and I have determined that they are an accurate record of legal fees incurred by the Plaintiffs. The total amount incurred as of March 18, 2016 is $19,257.60. The relevant billing records are attached as Exhibit A to this affidavit.

9.      I have read this declaration in its entirety.  Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*
Lauren P. McDermott

Date: Friday, March 18, 2016

# EXHIBIT A

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | |
|---|---|---|
| 11:37 AM | Slip Listing | Page    1 |

## Selection Criteria

| | |
|---|---|
| Matt.Selection | Include: Bristol Manor |
| Clie.Selection | Include: SEIU Pen Lit |
| Slip.Transaction Dat | 1/1/2014 - 3/18/2016 |
| Slip.Transaction Typ | Time |
| Slip.Classification | Open |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 1987              TIME<br>1/6/2014<br>Billed         G:39776      2/10/2014<br>Draft amended complaint. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.80<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 351.00 |
| 2005              TIME<br>1/10/2014<br>Billed         G:39776      2/10/2014<br>Draft amended complaint re: audit and delinquencies. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 3.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 682.50 |
| 2019              TIME<br>1/14/2014<br>Billed         G:39776      2/10/2014<br>Email complaint and summons to be served. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 2333              TIME<br>1/10/2014<br>Billed         G:39776      2/10/2014<br>review and revise draft amended complaint; conference with L. Powell re: same | MJM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 110.00 |
| 2499              TIME<br>2/10/2014<br>Billed         G:39817      3/13/2014<br>Drafted motion for default judgment and supporting documents. | MDW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 5.40<br>0.00<br>0.00<br>0.00 | 75.00<br>C@3 | 405.00 |
| 2500              TIME<br>2/14/2014<br>Billed         G:39817      3/13/2014<br>Drafted motion for default judgment and supporting documents. | MDW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.54<br>0.00<br>0.00<br>0.00 | 75.00<br>C@3 | 40.50 |
| 2511              TIME<br>2/3/2014<br>Billed         G:39817      3/13/2014<br>Contact process server for affidavit; file affidavit of service. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |

| 3/18/2016<br>11:37 AM | | Mooney Green Saindon Murphy & Welch, P.C.<br>Slip Listing | | | Page  2 |
|---|---|---|---|---|---|
| Slip ID<br> Dates and Time<br> Posting Status<br> Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| 2570<br>2/25/2014<br>Billed<br>Draft motion for default judgment. | TIME<br>G:39817 | L<br>Legal Services<br>3/13/2014 SEIU Pen Lit<br>Bristol Manor | 0.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 117.00 |
| 2573<br>2/26/2014<br>Billed<br>Telephone conference with Company attorney re:<br>audit and delinquencies. | TIME<br>G:39817 | L<br>Legal Services<br>3/13/2014 SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |
| 4621<br>3/3/2014<br>Billed<br>Email Company; review file. | TIME<br>G:39878 | L<br>Legal Services<br>4/9/2014 SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 4681<br>3/13/2014<br>Billed<br>Review correspondence; email company attorney<br>re: delinquencies and audit documents. | TIME<br>G:39878 | L<br>Legal Services<br>4/9/2014 SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |
| 4725<br>3/25/2014<br>Billed<br>Call and email company attorney re: outstanding<br>audit documents and delinquencies. | TIME<br>G:39878 | L<br>Legal Services<br>4/9/2014 SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 5487<br>4/1/2014<br>Billed<br>Telephone conference with Employer attorney,<br>Telephone conference with C. Perkins, review file<br>and send e-mail to Employer attorney showing<br>amounts due | TIME<br>G:39921 | RCW<br>Legal Services<br>5/8/2014 SEIU Pen Lit<br>Bristol Manor | 0.80<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 176.00 |
| 5589<br>4/11/2014<br>Billed<br>Review order from the Court, Attorney conference<br>re filing default judgment documents | TIME<br>G:39921 | RCW<br>Legal Services<br>5/8/2014 SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 66.00 |
| 5609<br>4/14/2014<br>Billed<br>Attorney conference re motion for default judgment | TIME<br>G:39921 | RCW<br>Legal Services<br>5/8/2014 SEIU Pen Lit<br>Bristol Manor | 0.10<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 22.00 |
| 5653<br>4/17/2014<br>Billed<br>Telephone conference with Employer attorney,<br>attorney conference | TIME<br>G:39921 | RCW<br>Legal Services<br>5/8/2014 SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 44.00 |

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | |
|---|---|---|
| 11:37 AM | Slip Listing | Page 3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 5660           TIME<br>4/18/2014<br>Billed          G:39921         5/8/2014<br>Telephone conference with Employer attorney,<br>review NLRB settlement agreement, attorney<br>conference | RCW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 110.00 |
| 5723           TIME<br>4/25/2014<br>Billed          G:39921         5/8/2014<br>Review motion for extension of time filed by<br>Employer | RCW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 44.00 |
| 5951           TIME<br>4/1/2014<br>Billed          G:39921         5/8/2014<br>Meeting with R.W. re: motion for default judgment;<br>email Fund re: updated numbers; review memo in<br>support of default. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.80<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 156.00 |
| 5992           TIME<br>4/11/2014<br>Billed          G:39921         5/8/2014<br>Email D. Jasinski re: motion for default judgement. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 5993           TIME<br>4/11/2014<br>Billed          G:39921         5/8/2014<br>Prepare motion for default judgement; prepare<br>memorandum in support of default judgement. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 312.00 |
| 5994           TIME<br>4/11/2014<br>Billed          G:39921         5/8/2014<br>Telephone conference with D. Jasinski re: status of<br>delinquencies and audit documents. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 5999           TIME<br>4/14/2014<br>Billed          G:39921         5/8/2014<br>Review updated spreadsheet; prepare motion and<br>memorandum in support of default judgement;<br>prepare exhibits. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 3.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 624.00 |
| 6000           TIME<br>4/14/2014<br>Billed          G:39921         5/8/2014<br>Prepare affidavit for attorneys fees; prepare<br>affidavit in support of motion for default judgment;<br>prepare exhibits; file motion for default judgement. | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 2.90<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 565.50 |

| 3/18/2016 | | Mooney Green Saindon Murphy & Welch, P.C. | | | |
|---|---|---|---|---|---|
| 11:37 AM | | Slip Listing | | Page | 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 6009<br>4/15/2014<br>Billed<br>Prepare service copies. | TIME<br>G:39921 | 5/8/2014 | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 6022<br>4/17/2014<br>Billed<br>Telephone conference with D. Jasinski re: previous settlement agreement. | TIME<br>G:39921 | 5/8/2014 | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 6024<br>4/18/2014<br>Billed<br>Meeting with R.W.; review settlement agreement. | TIME<br>G:39921 | 5/8/2014 | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.70<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 136.50 |
| 7120<br>5/27/2014<br>Billed<br>Review opposition to motion for default judgment | TIME<br>G:39960 | 6/6/2014 | RCW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 44.00 |
| 7350<br>5/27/2014<br>Billed<br>Research regarding successor liability. | TIME<br>G:39960 | 6/6/2014 | BB<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.50<br>0.00<br>0.00<br>0.00 | 75.00<br>C@3 | 112.50 |
| 7459<br>5/28/2014<br>Billed<br>Prepare Brief regarding opposition to motion to set aside default | TIME<br>G:39960 | 6/6/2014 | ML<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 3.20<br>0.00<br>0.00<br>0.00 | 75.00<br>C@3 | 240.00 |
| 7519<br>5/9/2014<br>Billed<br>Review motions for extension file by Company. | TIME<br>G:39960 | 6/6/2014 | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 7549<br>5/28/2014<br>Billed<br>Review motion to set aside default judgment. | TIME<br>G:39960 | 6/6/2014 | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.80<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 156.00 |
| 7558<br>5/30/2014<br>Billed<br>Review motion to set aside default; review settlement agreement; review email for correspondence re: motion for default judgment. | TIME<br>G:39960 | 6/6/2014 | L<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 2.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 507.00 |
| 7565<br>5/27/2014<br>Billed | TIME<br>G:39960 | 6/6/2014 | L<br>Legal Services<br>SEIU Pen Lit | 1.00<br>0.00<br>0.00 | 195.00<br>C@2 | 195.00 |

| 3/18/2016 | | Mooney Green Saindon Murphy & Welch, P.C. | | | |
|---|---|---|---|---|---|
| 11:37 AM | | Slip Listing | | Page | 5 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Meeting with R.W. re: response to motion to set aside default; review documents. | | Bristol Manor | 0.00 | | |
| 8065<br>6/3/2014<br>Billed | TIME<br><br>G:40005 | RCW<br>Legal Services<br>7/10/2014 SEIU Pen Lit | 0.50<br>0.00<br>0.00 | 220.00<br>C@1 | 110.00 |
| Review and edit reply in support of default judgment | | Bristol Manor | 0.00 | | |
| 9159<br>6/3/2014<br>Billed | TIME<br><br>G:40005 | L<br>Legal Services<br>7/10/2014 SEIU Pen Lit | 3.90<br>0.00<br>0.00 | 195.00<br>C@2 | 760.50 |
| Draft and file response to Company's opposition to motion for default judgment. | | Bristol Manor | 0.00 | | |
| 16362<br>10/10/2014<br>Billed | TIME<br><br>G:10220 | LPM<br>Legal Services<br>11/5/2014 SEIU Pen Lit | 0.10<br>0.00<br>0.00 | 195.00<br>C@2 | 19.50 |
| Review correspondence from court re: substitution of counsel. | | Bristol Manor | 0.00 | | |
| 16364<br>10/10/2014<br>Billed | TIME<br><br>G:10220 | LPM<br>Legal Services<br>11/5/2014 SEIU Pen Lit | 0.60<br>0.00<br>0.00 | 195.00<br>C@2 | 117.00 |
| Review correspondence from court re: substitution of counsel; update report. | | Bristol Manor | 0.00 | | |
| 16365<br>10/10/2014<br>Billed | TIME<br><br>G:10220 | LPM<br>Legal Services<br>11/5/2014 SEIU Pen Lit | 0.60<br>0.00<br>0.00 | 195.00<br>C@2 | 117.00 |
| Review correspondence from court re: substitution of counsel; update report. | | Bristol Manor | 0.00 | | |
| 17886<br>11/10/2014<br>Billed | TIME<br><br>G:10269 | RCW<br>Legal Services<br>12/9/2014 SEIU Pen Lit | 0.30<br>0.00<br>0.00 | 220.00<br>C@1 | 66.00 |
| Review e-mail from Company, review joint scheduling report | | Bristol Manor | 0.00 | | |
| 18404<br>11/10/2014<br>Billed | TIME<br><br>G:10269 | LPM<br>Legal Services<br>12/9/2014 SEIU Pen Lit | 2.10<br>0.00<br>0.00 | 195.00<br>C@2 | 409.50 |
| Review correspondence from Company; draft correspondence to Company re: 16.3; draft Rule 16.3 joint report; review and compile total amounts due for settlement discussions. | | Bristol Manor | 0.00 | | |
| 18414<br>11/11/2014<br>Billed | TIME<br><br>G:10269 | LPM<br>Legal Services<br>12/9/2014 SEIU Pen Lit | 0.20<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| Review correspondence from Company attorney. | | Bristol Manor | 0.00 | | |

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | |
|---|---|---|
| 11:37 AM | Slip Listing | Page 6 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 18430          TIME<br>11/12/2014<br>Billed           G:10269         12/9/2014<br>Telephone conference with Company re: 16.3;<br>review and file 16.3; review correspondence from<br>Fund re: missing audit documents. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 117.00 |
| 18431          TIME<br>11/13/2014<br>Billed           G:10269         12/9/2014<br>Review court's scheduling order. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 18462          TIME<br>11/18/2014<br>Billed           G:10269         12/9/2014<br>Review correspondence from Fund; review<br>updated amounts due. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 18482          TIME<br>11/20/2014<br>Billed           G:10269         12/9/2014<br>Review correspondence settlement agreement;<br>draft correspondence to R.W.; compile amounts<br>due and missing documents; draft correspondence<br>to Company. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 234.00 |
| 18492          TIME<br>11/21/2014<br>Billed           G:10269         12/9/2014<br>Review spreadsheet from Fund. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 18525          TIME<br>11/26/2014<br>Billed           G:10269         12/9/2014<br>Telephone conference with Company re:<br>settlement and audit docs. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |
| 22683          TIME<br>2/2/2015<br>Billed           G:10467         3/13/2015<br>Review discovery requests, attorney conference re<br>discovery | RCW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 88.00 |
| 23451          TIME<br>1/30/2015<br>Billed           G:10381         2/12/2015<br>Review missing audit documents. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 23734          TIME<br>2/2/2015<br>Billed           G:10467         3/13/2015<br>Meeting with R.W. re: discovery; draft Plaintiffs' | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 292.50 |

| 3/18/2016 | | Mooney Green Saindon Murphy & Welch, P.C. | | | |
|---|---|---|---|---|---|
| 11:37 AM | | Slip Listing | | Page | 7 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| first set of document requests and interrogatories. | | | | | |
| 26096<br>3/13/2015<br>Billed<br>Review discovery responses | TIME<br>G:10599 | RCW<br>Legal Services<br>4/9/2015 SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 44.00 |
| 28333<br>4/7/2015<br>Billed<br>Draft correspondence to Company attorney re:<br>response to request for production. | TIME<br>G:10684 | LPM<br>Legal Services<br>5/18/2015 SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 28417<br>4/8/2015<br>Billed<br>Telephone conference with opposing counsel re:<br>discovery deadline; update report. | TIME<br>G:10684 | LPM<br>Legal Services<br>5/18/2015 SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 28812<br>4/7/2015<br>Billed<br>Review e-mails to and from Company, review voice<br>mail from Company | TIME<br>G:10684 | RCW<br>Legal Services<br>5/18/2015 SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 220.00<br>C@1 | 44.00 |
| 29481<br>4/23/2015<br>Billed<br>Review settlement agreement; review judges order<br>re: discovery motions; draft correspondence to<br>opposing counsel re: documents. | TIME<br>G:10684 | LPM<br>Legal Services<br>5/18/2015 SEIU Pen Lit<br>Bristol Manor | 0.90<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 175.50 |
| 29637<br>4/28/2015<br>Billed<br>Telephone conference with Company counsel re:<br>production of discovery requests. | TIME<br>G:10684 | LPM<br>Legal Services<br>5/18/2015 SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |
| 29755<br>4/29/2015<br>Billed<br>Telephone conference with Company counsel re:<br>production of discovery requests. | TIME<br>G:10684 | LPM<br>Legal Services<br>5/18/2015 SEIU Pen Lit<br>Bristol Manor | 1.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 312.00 |
| 29857<br>4/30/2015<br>Billed<br>Telephone conference with chambers re: status<br>conference and discovery dispute; draft<br>correspondence to Fund re: audit documents and<br>delinquencies. | TIME<br>G:10684 | LPM<br>Legal Services<br>5/18/2015 SEIU Pen Lit<br>Bristol Manor | 0.80<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 156.00 |

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | |
|---|---|---|
| 11:37 AM | Slip Listing | Page 8 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 30498<br>4/16/2015<br>Billed | TIME<br>G:10684 | 5/18/2015 | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.70<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 136.50 |
| Draft correspondence to Company counsel re: discovery responses. | | | | | | |
| 30900<br>5/5/2015<br>Billed | TIME<br>G:10761 | 6/10/2015 | DMB<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 292.50 |
| Meeting with LPM regarding status of litigation in preparation for status conference; review case file; prepare for status conference. | | | | | | |
| 30901<br>5/6/2015<br>Billed | TIME<br>G:10761 | 6/10/2015 | DMB<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 2.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 409.50 |
| Prepare for status conference; travel to and from D.D.C.; attend status conference; correspond with LPM regarding result of status conference. | | | | | | |
| 31486<br>5/26/2015<br>Billed | TIME<br>G:10761 | 6/10/2015 | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 234.00 |
| Review audit documents provided by Company; draft correspondence to the Fund re: delinquencies; draft correspondence to Company attorney re: status of settlement; update report. | | | | | | |
| 31571<br>5/27/2015<br>Billed | TIME<br>G:10761 | 6/10/2015 | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 214.50 |
| Review spreadsheet; draft correspondence to opposing counsel; prepare for conference call with Judge; Telephone conference with Judge re: status of case. | | | | | | |
| 31907<br>5/26/2015<br>Billed | TIME<br>G:10761 | 6/10/2015 | DMB<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |
| Meeting with LPM regarding status conference; review updated spreadsheet of amount due from Fund; meeting with LPM regarding same. | | | | | | |
| 32583<br>6/2/2015<br>Billed | TIME<br>G:10873 | 7/14/2015 | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| Telephone conference with Company counsel re missing report. | | | | | | |
| 32921<br>5/4/2015<br>Billed | TIME<br>G:10761 | 6/10/2015 | LPM<br>Legal Services<br>SEIU Pen Lit | 1.60<br>0.00<br>0.00 | 195.00<br>C@2 | 312.00 |

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | | |
|---|---|---|---|
| 11:37 AM | Slip Listing | | Page 9 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Prepare for status conference with Court; draft correspondence to Fund re: audit documents and remaining delinquencies; review correspondence from Fund; Telephone conference with opposing counsel re: discovery dispute; conference with Judge re: same. | Bristol Manor | 0.00 | | |
| 32928               TIME<br>5/5/2015<br>Billed           G:10761       6/10/2015<br>Review and send D.B. relevant documents for status conference; meeting with D.B. to prepare for status conference. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 117.00 |
| 32937               TIME<br>5/6/2015<br>Billed           G:10761       6/10/2015<br>Review order from court. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 33028               TIME<br>5/21/2015<br>Billed           G:10761       6/10/2015<br>Telephone conference with Company counsel re: missing reports and audit documents; draft correspondence to Fund; review file; draft correspondence to Company. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |
| 33031               TIME<br>5/22/2015<br>Billed           G:10761       6/10/2015<br>Review documents submitted by Company; draft correspondence to Fund re: audit documents. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.80<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 156.00 |
| 34019               TIME<br>6/18/2015<br>Billed           G:10873       7/14/2015<br>Review documents provided by Company; draft correspondence to Fund; Telephone conference with Company attorney re settlement. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 34054               TIME<br>6/19/2015<br>Billed           G:10873       7/14/2015<br>Review updated spreadsheet from Fund; draft correspondence to Company attorney re final amounts due. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 34244               TIME<br>6/24/2015<br>Billed           G:10873       7/14/2015<br>Review correspondence from Company re settlement. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | | |
|---|---|---|---|
| 11:37 AM | Slip Listing | | Page    10 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 34445        TIME<br>6/25/2015<br>Billed        G:10873      7/14/2015<br>Telephone conference with opposing counsel; draft joint status report. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.90<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 175.50 |
| 34967        TIME<br>6/29/2015<br>Billed        G:10873      7/14/2015<br>Review and save Scheduling order from court. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 36140        TIME<br>7/7/2015<br>Billed       G:10986      8/13/2015<br>Draft correspondence to opposing counsel re settlement. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 36892        TIME<br>7/23/2015<br>Billed       G:10986      8/13/2015<br>Review correspondence from Company counsel; draft correspondence re settlement and motions for summary judgment. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 37152        TIME<br>7/29/2015<br>Billed       G:10986      8/13/2015<br>Conference employer attorney re deadline. | AKL<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 37639        TIME<br>7/29/2015<br>Billed       G:10986      8/13/2015<br>Review correspondence from AL re settlement and summary judgment motion;Telephone conference with employer's counsel re same. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 37646        TIME<br>7/30/2015<br>Billed       G:10986      8/13/2015<br>Review spreadsheet; review CBA; Telephone conference with Company counsel re spreadsheet and summary judgment motion. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.90<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 175.50 |
| 38264        TIME<br>8/3/2015<br>Billed       G:11130      9/25/2015<br>Draft motion for summary judgment. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 2.90<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 565.50 |

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | |
|---|---|---|
| 11:37 AM | Slip Listing | Page 11 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 38477         TIME<br>8/4/2015<br>Billed         G:11130         9/25/2015<br>Draft motion for summary judgment. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 2.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 448.50 |
| 38685         TIME<br>8/6/2015<br>Billed         G:11130         9/25/2015<br>Draft motion for summary judgment. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 3.80<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 741.00 |
| 38689         TIME<br>8/7/2015<br>Billed         G:11130         9/25/2015<br>Draft motion for summary judgment; draft memo in support of motion; draft affidavit of K. Anderson; compile exhibits; file motion and accompanying documents. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 6.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 1209.00 |
| 39237         TIME<br>8/17/2015<br>Billed         G:11130         9/25/2015<br>Telephone conference with employer re spreadsheet of amounts due. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 117.00 |
| 40183         TIME<br>8/7/2015<br>Billed         G:11130         9/25/2015<br>Review and edit motion for summary judgment, memo in support, statement of undisputed facts and Anderson declaration. | DMB<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 1.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 253.50 |
| 40874         TIME<br>9/3/2015<br>Billed         G:11200         10/30/2015<br>Review opposition to motion for summary judgment and exhibits. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 117.00 |
| 41335         TIME<br>9/4/2015<br>Billed         G:11200         10/30/2015<br>Telephone conference with Company counsel; draft motion for extension of time; file motion; draft reply in support of motion for summary judgment; draft supplemental affidavit of K. Anderson. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 4.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 897.00 |
| 41371         TIME<br>9/4/2015<br>Billed         G:11200         10/30/2015<br>Review Opposition to Summary Judgment. | MDW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |

| 3/18/2016 | | Mooney Green Saindon Murphy & Welch, P.C. | | | |
|---|---|---|---|---|---|
| 11:37 AM | | Slip Listing | | | Page    12 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 41581<br>9/2/2015<br>Billed<br>Reviewing Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment filed with Court; adding documents to TimeMatters database. | TIME<br>G:11200 | 10/30/2015 | JMJ<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 120.00<br>C@4 | 24.00 |
| 41890<br>9/21/2015<br>Billed<br>Draft Reply in support of Motion for Summary Judgement; review and compile reports and checks as exhibit to Reply; file Reply. | TIME<br>G:11200 | 10/30/2015 | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 5.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 1033.50 |
| 42231<br>9/21/2015<br>Billed<br>Edit reply brief on summary judgment. | TIME<br>G:11200 | 10/30/2015 | DMB<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 58.50 |
| 43873<br>9/1/2015<br>Billed<br>Review opposition to motion for summary judgment. | TIME<br>G:11200 | 10/30/2015 | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |
| 44761<br>10/22/2015<br>Billed<br>Update report. | TIME<br>G:11337 | 12/22/2015 | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 52532<br>1/28/2016<br>Billed<br>Review Memorandum Opinion granting Fund's motion for summary judgment. | TIME<br>G:11525 | 2/29/2016 | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |
| 52542<br>2/2/2016<br>WIP<br>Meeting with M.W. re summary judgment order. | TIME | | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 52654<br>2/2/2016<br>WIP<br>Draft correspondence to Fund Office regarding updated amounts owed pursuant to summary judgment order. | TIME | | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |
| 52915<br>1/28/2016<br>Billed | TIME<br>G:11525 | 2/29/2016 | MDW<br>Legal Services<br>SEIU Pen Lit | 0.50<br>0.00<br>0.00 | 195.00<br>C@2 | 97.50 |

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | | |
|---|---|---|---|
| 11:37 AM | Slip Listing | | Page    13 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Performed by<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Review opinion of Motion for Summary Judgment and meeting with LPM regarding same. | Bristol Manor | 0.00 | | |
| 53034            TIME<br>1/28/2016<br>Billed           G:11525           2/29/2016<br>Review order granting motion for summary judgment. | DMB<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 53089            TIME<br>2/2/2016<br>WIP<br>Meeting with LPM regarding Court's order. | MDW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 54425            TIME<br>2/18/2016<br>WIP<br>Review correspondence from employer regarding delinquency; prepare correspondence to LPM regarding same. | DMB<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 39.00 |
| 54631            TIME<br>2/18/2016<br>WIP<br>Review correspondence from Employer's counsel regarding owed reports. | MDW<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 19.50 |
| 56516            TIME<br>2/18/2016<br>WIP<br>Review correspondence from Company re reports; email Fund Office re all remaining amounts owed. | LPM<br>Legal Services<br>SEIU Pen Lit<br>Bristol Manor | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@2 | 78.00 |

| Grand Total | | | |
|---|---|---|---|
| | Billable | 102.74 | 18852.50 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 102.74 | 18852.50 |

| 3/18/2016 | Mooney Green Saindon Murphy & Welch, P.C. | | |
|---|---|---|---|
| 11:39 AM | Slip Listing | Page | 1 |

## Selection Criteria

| | |
|---|---|
| Matt.Selection | Include: Bristol Manor |
| Clie.Selection | Include: SEIU Pension |
| Slip.Transaction Dat | 1/1/2011 - 3/18/2016 |
| Slip.Transaction Typ | Expense |
| Slip.Classification | Open |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | | Performed by / Activity / Client / Matter | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 3730 | EXP | | BJJ | 1 | 0.15 | 0.15 |
| 2/28/2014 | | | Duplicating | | | |
| Billed | G:39816 | 3/13/2014 | SEIU Pension | | | |
| Duplicating (In House) | | | Bristol Manor | | | |
| 1314 | EXP | | BJJ | 1 | 55.00 | 55.00 |
| 1/30/2014 | | | Process Server | | | |
| Billed | G:39778 | 2/10/2014 | SEIU Pension | | | |
| [No description] | | | Bristol Manor | | | |

| Grand Total | | | |
|---|---|---|---|
| | Billable | 0.00 | 55.15 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 55.15 |